Case 1:23-cv-00057-C   Document 1   Filed 03/20/23   Page 1 of 13   PageID 1

FILED
March 20, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT
1:23-cv-00057

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

Bryce Clair Clark
PETITIONER
(Full name of Petitioner)

FCI Big Springs
CURRENT PLACE OF CONFINEMENT

vs.

56869-177
PRISONER ID NUMBER

C. Stearns (Warden, FCI Big Springs)
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

1-23CV-0057H
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. __ __ pretrial detention;
2. __ __ a conviction;
3. __ __ a sentence;
4. __ __ jail or prison conditions;
5. __ __ a prison disciplinary proceeding;
6. __ __ parole or mandatory supervision;
7. __ ✓ time credits; Federal Time Credits (FTC)
8. __ __ other (specify): _____

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. (Yes)  No  If yes, what was the date of the result and the result of any such proceeding, If no, explain why you have not pursued all such remedies. 1) BP-8 Denied by Unit Manager on 8-17-22
2) BP-9 (#Big-1131789-F1) Denied by Warden on 9-8-22
3) BP-10 (#1131789-R1) Denied by Regional Director on 11-1-22
4) BP-11 (#1131789-A2) Denied by Washington D.C. on 1-31-23

1. Place of detention: FCI Big Springs

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: 922(G)(1) and 924(a)(2) Felon in possession of a Firearm and Ammunition (convicted)

3. Name and location of court in which your case is pending or in which you were convicted: U.S. District Court Northern District of Texas

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: 1:18-cr-00012-C-1

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: yes, 8-24-18, 97 months

6. Check whether a finding of guilty was made:

    a.  after a plea of guilty         ✓

    b.  after a plea of not guilty     — —

    c.  after a plea of nolo contendere — —

7. If you were found guilty, check whether that finding was made by:

    a.  a jury                         — —

    b.  a judge without a jury         ✓

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    (Yes)        No

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number:
   U.S. Court of Appeals for the Fifth Circuit #18-11137

   (2) Result and date of result: Denied on 3-13-19

   (3) Grounds raised (list each):

   (a) Enhancement Removal for an Altered serial number

   (b) _____

   (c) _____

   (d) _____

   b. (1) Name of court and docket or case number:
   Supreme Court #21-6767

   (2) Result and date of result: Denied after 2-7-22 actual date unknown

   (3) Grounds raised (list each):

   (a) Same as Above

   (b) _____

   (c) _____

(d) _____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. **GROUND ONE:**
The BOP is required to apply my FTC's because I have consistently been scored at a "Low" Pattern Score since 2018, except for my last re-calculation, when, through no adverse action or fault of my own, the BOP changed its formula and re-calculated ~~Supporting facts:~~ me to a "Medium" Pattern score, therefore I should be held harmless from this abherant score.

_____

Supporting facts: The First Step Act was passed and signed into law on Dec. 21, 2018. The Act required that the Attorney General establish a "risk and needs assessment to, broadly speaking, review each prisoners recidivisum risk level, award earned time credits as an incentive for participation in recidivisum reduction (see attch. for continuation)

b. **GROUND TWO:**
_____
_____
_____

Supporting facts:_____
_____
_____
_____

c. **GROUND THREE:** _____

_____

Supporting facts: _____

_____

d. **GROUND FOUR:** _____

_____

Supporting facts: _____

_____

11. Relief sought in this petition: <u>Order the BoP/FCI Big Spring to apply my earned FTC's to early transfer to supervised release immediately.</u>

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    Yes ☐   No ☒

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    b. (1) Name of court and docket or case number: _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

    (a) _____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____

_____

_____

_____

_____

_____

_____

15. Are you presently represented by counsel?       Yes       No ✓
If so, name, address and telephone number of attorney:_____

_____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?       Yes       No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _March 13, 2023_____ (month, day, year).

Executed (signed) on _March 13, 2023_____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

FCI Big Springs
1900 Simler Ave
Big Springs Tx 79720

Programing, and determine when a prisoner is ready to transfer into pre-release custody or supervised release in accordance with section 3624."

The FSA also provides that: "Time credits earned under this paragraph by prisoners who successfully participate in recidivisum reduction programs or productive activities SHALL BE APPLIED towards time in prerelease custody or supervised release. 18 U.S.C. Sec. 3632(d)(4)(c) (emphasis added). Eligibility for such FTC's fueled release into pre-release custody or supervised release is determined under 18 U.S.C. Sec 3624(g). It spells out the conditions for applying FTC's to effect early release as follows: Eligible prisoners A) have earned time credits under the risk and needs assessment system in an amount equal to the remainder of the prisoners term of imprisonment; B) has shown through the periodic risk reassessments a demonstrated recidivisum risk reduction or maintained a low or minimum recidivisum risk durring the prisoners term of imprisonment; C) has had the remainder of the prisoner imposed term computed under applicable law; and D)(ii) in the case of a prisoner being placed in supervised release, the prisoner has been determined under the system to be a minimum or low risk to recidivate pursuant to the last reassessmet of the prisoner.

I have been incarcerated since Aug. of 2017. For the durration of my incarceration, I have diligently completed recidivisum reduction programs and demonstrated a recidivisum reduction as contemplated by the Act (See attached Education Transcript). Moreover, I have consistently been scored at a "low" recidivisum risk by the BoP since the inception of the Act. Finally, I have NEVER received a disciplinary report of any kind.

Under these facts, I am exactly the type of inmate that Congress had in mind when it allowed for FTC's to shorten the length of an inmates sentence. For the record, I am requesting that my FTC's be applied to early transfer to supervised release because 1) I have already been granted one year halfway house independant of the FSA, and 2) The BoP has already admitted that I have earned 365 days towards this, but they refuse to apply them. (See Attached FSA Time Credit Assessment).

Why? The BoP, under pressure by Congress and the public for their intransigience in implementing the Act, as well as their allegedly discriminatory Pattern Score calculations, changed the way they calculated Pattern Scores in May, 2022

(con. Pg 2) This change discriminated against me, by adversly affecting my Pattern Score, lifting it to a "Medium". (See FSA Time Credit Assessment). But for this change, the BoP would have no choice but to apply my FTC's to my early transfer to supervised release.

I submit that this change in the Pattern Score calculations, whatever the motivation cannot be used to deny me the application of my earned FTC's. To allow it to do so would be prejudical, discriminatory, and unlawful. It certainly would violate the intent of Congress in passing the FSA, to incentivise inmates like me to do all I can to prepare to return to society with a lesser chance of recidivating.



Bryce Clark #36069-177
FCI Big Springs
1900 Simler Ave
Big Springs TX 79720

Clerk
United States District Court
Northern District of Texas
341 Pine Street Room 2008
Abilene TX 79601

RECEIVED MAR 20 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

M2/22 oT
3/14/23

X-RAY